## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY T. MILLER, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 1: 14-cv-3097 |
| | ) | Judge Shah |
| vs. | ) | |
| | ) | |
| FIRST ADVANTAGE BACKGROUND | ) | |
| SERVICES CORP., TVS TENANT | ) | |
| VERIFICATION SERVICE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of plaintiff Jeffrey T. Miller's

individual claims against defendant, First Advantage Background Services Corp., with prejudice

and without prejudice as to the claims of the putative class members.


s/ Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

s/ Christopher T. Conrad

Christopher T. Conrad
Wilford Conrad LLP
18 East Dundee Road
Building 6, Suite 150
Barrington, IL 60010
(224) 848-4723
Fax: 22-425-5865
Email:cconrad@wilfordconrad.com

## CERTIFICATE OF SERVICE

I, Tara L. Goodwin, hereby certify that on March 24, 2015, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

Christopher T. Conrad
Wilford Conrad LLP
18 East Dundee Road
Building 6, Suite 150
Barrington, IL 60010
224-848-4723
Fax: 224-425-5865
Email: cconrad@wilfordconrad.com

Katarzyna Arp
Wilford Conrad LLP
18 East Dundee Road
Building 6, Suite 150
Barrington, IL 60010
(224) 848-4721
Email: karp@wilfordconrad.com

s/ Tara L. Goodwin
Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS,
LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)