IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY T. MILLER,<br>on behalf of plaintiff and a class,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE BACKGROUND<br>SERVICES CORP., TVS TENANT<br>VERIFICATION SERVICE, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1: 14-cv-3097<br>Judge Shah |

## **STIPULATION OF DISMISSAL**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of plaintiff Jeffrey T. Miller's individual claims against defendant, First Advantage Background Services Corp., with prejudice and without prejudice as to the claims of the putative class members.


s/ Tara L. Goodwin
Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

s/ Frederick T. Smith
Frederick T. Smith
Seyfarth Shaw LLP
1075 Peachtree Street, N.E.,
Suite 2500
Atlanta, GA 30309-3962
(404) 885-1500
Fax: (404) 892-7056

Pamela Q. Devata
Jennifer A. Riley
Jason J. Englund
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603-5577
312-460-5000

**CERTIFICATE OF SERVICE**

      I, Tara L. Goodwin, hereby certify that on March 25, 2015, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

Frederick T. Smith
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962
(404) 885-1500
(404) 892-7056 (fax)
fsmith@seyfarth.com

Pamela Quigley Devata
Jason John Englund
Jennifer Ann Riley
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5000
Fax: (312) 460-7000
Email:pdevata@seyfarth.com
jenglund@seyfarth.com
jriley@seyfarth.com

Christopher T. Conrad
Katarzyna Arp
Wilford Conrad LLP
18 East Dundee Road
Building 6, Suite 150
Barrington, IL 60010
224-848-4723
Fax: 224-425-5865
Email: cconrad@wilfordconrad.com
karp@wilfordconrad.com

                                                s/ Tara L. Goodwin
                                                Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)